Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **B&W Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**Granite & Tile Outlet II**

**3. Debtor's federal Employer Identification Number (EIN)**

7 4 – 3 2 4 6 8 4 6

**4. Debtor's address**

**Principal place of business**

**3180 FM 407 Ste 505**
Number        Street

**Lewisville, TX 75077**
City                          State      ZIP Code

**Denton**
County

**Mailing address, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **B&W Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor    **B&W Inc.**                                              Case number *(if known)*
_____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>      Number      Street<br><br>_____<br><br>_____<br>      City                State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99       ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br><br>☐ 100-199 ☐ 200-999    ☐ 10,001-25,000               ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br><br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br><br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br><br>☑ $500,001-$1 million      ☐ $100,000,001-$500 million  ☐ More than $50 billion |

| Debtor | **B&W Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/22/2025**
MM/ DD/ YYYY

**X   /s/ James Brede**                          **James Brede**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

**X        /s/ Robert T DeMarco**          Date **07/22/2025**
Signature of attorney for debtor                    MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number        Street

**Plano**                          **TX**      **75074**
City                          State    ZIP Code

**(972) 991-5591**                  **robert@demarcomitchell.com**
Contact phone                  Email address

**24014543**                          **TX**
Bar number                          State

**Fill in this information to identify the case:**

Debtor Name    **B&W Inc.**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Community National Bank** | **Checking account** | **2  1  3  9** | **unknown** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____    _____

   4.2 _____    _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    _____

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____    _____

Debtor  **B&W Inc.**                                               Case number *(if known)* _____
      Name

---

7.2 _____    _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____    _____

    8.2 _____    _____

9.   **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.    | _____ |

| Part 3: | Accounts receivable |

10.  **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

11.  **Accounts receivable**

| 11a. 90 days old or less: | **unknown** - **unknown** =..... ➜ | **$491,129.00** |
|---|---|---|
| | face amount      doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **unknown** - **unknown** =..... ➜ | **$97,572.00** |
| | face amount      doubtful or uncollectible accounts | |

12.  **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | **$588,701.00** |

| Part 4: | Investments |

13.  **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. _____    _____    _____    _____

    15.2. _____    _____    _____    _____

---

Debtor    **B&W Inc.**
_____    Case number *(if known)* _____
Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    [ _____ ]

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    [ _____ ]

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

Debtor    **B&W Inc.**_____    Case number *(if known)*_____

Name

---

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33.  **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

34.  **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **B&W Inc.**
_____    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| 39.  **Office furniture** | | | |
| **Desks, Chairs, 3 desktop computers, phones** | **unknown** | | **$1,000.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| 43.  **Total of Part 7** <br> Add lines 39 through 42. Copy the total to line 86. | | | $1,000.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:**   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor     **B&W Inc.**
_____     Case number *(if known)* _____
           Name

---

48.  **Watercraft, trailers, motors, and related accessories** Examples:
     Boats, trailers, motors, floating homes, personal watercraft, and fishing
     vessels

     48.1 _____     _____  _____  _____

     48.2 _____     _____  _____  _____

49.  **Aircraft and accessories**

     49.1 _____     _____  _____  _____

     49.2 _____     _____  _____  _____

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

     _____     _____  _____  _____

51.  **Total of Part 8**                                          ┌──────────────┐
                                                                   │              │
     Add lines 47 through 50. Copy the total to line 87.           └──────────────┘

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑ No

     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| **Part 9:** | Real property |
|---|---|

54.  **Does the debtor own or lease any real property?**

     ☑ No. Go to Part 10.

     ☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**                                          ┌──────────────┐
                                                                   │              │
     Add the current value on lines 55.1 through 55.6 and          └──────────────┘
     entries from any additional sheets. Copy the total to line 88.

---

Official Form 206A/B            **Schedule A/B: Assets — Real and Personal Property**            page 6

Debtor   **B&W Inc.**                                                Case number *(if known)* _____
          Name

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| granite2.com | **unknown** | | **unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| | _____ | _____ | _____ |

66. **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.

    | _____ |
    |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**  All other assets

Debtor    **B&W Inc.**
Name

Case number *(if known)*

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➡  _____
                          Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

73.  **Interests in insurance policies or annuities**

_____  _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

**Nature of claim**    _____

**Amount requested**    _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  _____

**Nature of claim**    _____

**Amount requested**    _____

76.  **Trusts, equitable or future interests in property**

_____  _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

_____  _____

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

---

Debtor   **B&W Inc.**
_____   Case number *(if known)* _____
      Name

---

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | unknown | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $588,701.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88.  **Real property.** *Copy line 56, Part 9.*............................................................................ ➜ | | _____ |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91.  **Total.** *Add lines 80 through 90 for each column*............................91a. | $589,701.00 | + 91b. _____ |
| 92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................... | | $589,701.00 |

**Fill in this information to identify the case:**

Debtor name  **B&W Inc.**

United States Bankruptcy Court for the:   **Northern**   District of   **Texas**

(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**  **Creditor's name**

**U.S. Small Business Administration**

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts receivable over 90 days, Community National Bank, Desks, Chairs, 3 desktop computers, phones

| | **$150,000.00** | **$589,701.00** |
| --- | --- | --- |

**Creditor's mailing address**

**1545 Hawkins Blvd. Suite 202**

**El Paso, TX 79925**

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account number**   **7  4  0  6**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe the lien**

**Blanket Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$150,000.00**

Fill in this information to identify the case:

Debtor name _____ **B&W Inc.** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Comptroller of Public Accounts**

**111 E. 17th Street**

**Austin, TX 78774-0100**

Date or dates debt was incurred

_____

Last 4 digits of account number **9  6 - 5**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Sales Tax**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $14,887.40     **Priority amount:** $14,887.40

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | **B&W Inc.** | | Case number *(if known)* | _____ |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,733.70** |
|---|---|---|---|
| | **Acme Brick** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **1315 Fort Worth Drive** | ☐ Unliquidated | |
| | **Denton, TX 76205** | ☐ Disputed | |
| | | Basis for the claim: **Vendor** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number **0  4  5  3** | ☑ No | |
| | | ☐ Yes | |

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,167.00** |
|---|---|---|---|
| | **Adleta Corporation** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **1645 Diplomat Drive** | ☐ Unliquidated | |
| | **Carrollton, TX 75006-8353** | ☐ Disputed | |
| | | Basis for the claim: **Vendor** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number **3  2  5  6** | ☑ No | |
| | | ☐ Yes | |

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,895.00** |
|---|---|---|---|
| | **Architectural Surfaces** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **11180 Zodiac Lane** | ☐ Unliquidated | |
| | **Dallas, TX 75229** | ☐ Disputed | |
| | | Basis for the claim: **Vendor** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No | |
| | | ☐ Yes | |

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,193.93** |
|---|---|---|---|
| | **Arizona Tile** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **8829 S. Priest Dr** | ☐ Unliquidated | |
| | **Tempe, AZ 85284** | ☐ Disputed | |
| | | Basis for the claim: **Vendor** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number **0  6  9  8** | ☑ No | |
| | | ☐ Yes | |

Debtor    **B&W Inc.**
_____    Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,759.39 |
|---|---|---|---|

**Bedrosian Tile & Stone**

**4460 W Shaw Ave #197**

**Fresno, CA 93722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    8  6  _  1

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $180,000.00 |
|---|---|---|---|

**Blackbridge**

**85 Broad St 17-138**

**New York, NY 10004**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** MCA

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,156.90 |
|---|---|---|---|

**C&C Wholesale**

**11048 Grissom Lane**

**Dallas, TX 75228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    8  H  I  G

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,066.94 |
|---|---|---|---|

**Cambria USA**

**805 Enterprise Drive East SuiteG**

**Belle Plaine, MN 56011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    4  2  8  3

---

| Debtor | **B&W Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address

**Capitalize Group LLC**

**99 Wall Street**

**New York, NY 10005**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$189,464.00

---

**3.10** | Nonpriority creditor's name and mailing address

**Century Distribution**

**10511 Kipp Way #435**

**Houston, TX 77099**

Date or dates debt was incurred _____

Last 4 digits of account number  1  1  2  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$4,546.05

---

**3.11** | Nonpriority creditor's name and mailing address

**Core Funding**

**11111 Santa Monica Blvd**

**Los Angeles, CA 90025**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$75,000.00

---

**3.12** | Nonpriority creditor's name and mailing address

**Cosentino**

**11639 Emerald St Ste 400**

**Dallas, TX 75229-2082**

Date or dates debt was incurred _____

Last 4 digits of account number  0  4  5  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$3,951.06

---

| Debtor | **B&W Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

---

**3.13** **Nonpriority creditor's name and mailing address**

**Cosmos Granite Dallas**

**2244 Luna Rd Ste 100**

**Carrollton, TX 75006**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,011.76

---

**3.14** **Nonpriority creditor's name and mailing address**

**Dallas Frameless Glass**

**12200 N Stemmons Frwy, 307**

**Dallas, TX 75234**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,000.00

---

**3.15** **Nonpriority creditor's name and mailing address**

**Dal-Tile Distribution, LLC**

**7834 C.F. Hawn Freeway**

**Dallas, TX 75217**

Date or dates debt was incurred _____

Last 4 digits of account number   4  9  7  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,092.00

---

**3.16** **Nonpriority creditor's name and mailing address**

**Dynamic Equities LLC**

**157 Church Street – Suite 1971**

**New Haven, CT 06510**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  MCA

**Is the claim subject to offset?**
☑ No
☐ Yes

$180,000.00

---

| Debtor | **B&W Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

<div style="background:black;color:white">**Part 2:** Additional Page</div>

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,069.43
*Check all that apply.*

**Eleganza**

**10618 Tanner Rd, Ste 100**

**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  **1  0  4  5**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,106.90
*Check all that apply.*

**Emser Tile**

**8431 Santa Monica Blvd**

**West Hollywood, CA 90069-4209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  **1  9  8  1**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $71,192.00
*Check all that apply.*

**Everest Business Funding**

**102 W. 38th St., 6th FL**

**New York, NY 10018**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:  MCA**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80,662.08
*Check all that apply.*

**Everest Stone**

**15565 Wright Brothers Drive**

**Garland, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **B&W Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,664.12
--- | --- | --- | ---

**Fabricators Stone Group LLC**

**2514 Sam Rayburn Hwy**

**Melissa, TX 75454**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number   **A  1  9  0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.22**   Nonpriority creditor's name and mailing address

**Finishes**

**2525 Tarpley Rd Ste 104**

**Carrollton, TX 75006**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number   **5  6  1  8**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,170.90

---

**3.23**   Nonpriority creditor's name and mailing address

**Floridatile**

**998 Governors Lane Ste 250**

**Lexington, KY 40513**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number   **0  4  9  0**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,799.01

---

**3.24**   Nonpriority creditor's name and mailing address

**Gallerherduffy**

**1741 Junction Ave,**

**Manteca, CA 95337**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number   **4  9  4  3**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$14,589.04

---

| Debtor | **B&W Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,758.64
| **KLZ Stone** | *Check all that apply.* |
| | ☐ Contingent |
| **11129 Zodiak Lane Ste 300** | ☐ Unliquidated |
| **Dallas, TX 75229** | ☐ Disputed |
| | **Basis for the claim:** **Vendor** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,987.90
| **Lions Floor** | *Check all that apply.* |
| | ☐ Contingent |
| **7300 Somerset Blvd** | ☐ Unliquidated |
| **Paramount, CA 90723** | ☐ Disputed |
| | **Basis for the claim:** **Vendor** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number 3 9 7 0 | ☑ No |
| | ☐ Yes |

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,488.37
| **LW Flooring LLC** | *Check all that apply.* |
| | ☐ Contingent |
| **5860 NW 39th Ave** | ☐ Unliquidated |
| **Gainesville, FL 32606** | ☐ Disputed |
| | **Basis for the claim:** **Vendor** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number 0 7 1 2 | ☑ No |
| | ☐ Yes |

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,524.00
| **LX Hausys** | *Check all that apply.* |
| | ☐ Contingent |
| **3480 Preston Ridge Rd Ste 350** | ☐ Unliquidated |
| **Alpharetta, GA 30005** | ☐ Disputed |
| | **Basis for the claim:** **Vendor** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number 8 0 0 8 | ☑ No |
| | ☐ Yes |

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **B&W Inc.**

Name                                                                    Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

**M S International, Inc**

**12845 Valley Branch Lane Ste 100**

**Dallas, TX 75234**

Date or dates debt was incurred _____

Last 4 digits of account number     **O   T   W   O**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$22,404.25

---

**3.30** Nonpriority creditor's name and mailing address

**Mohawk Industries**

**160 South Industrial Blvd**

**Calhoun, GA 30701**

Date or dates debt was incurred _____

Last 4 digits of account number     **8   4   6   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$5,932.72

---

**3.31** Nonpriority creditor's name and mailing address

**Moneywell Group, LLC**

**111 Great Nock Rd, Suite 300**

**Great Neck, NY 11021**

Date or dates debt was incurred _____

Last 4 digits of account number     \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:   **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$250,000.00

---

**3.32** Nonpriority creditor's name and mailing address

**N'Aqua**

**2515 Tarpley Rd Ste 100**

**Carrollton, TX 75006**

Date or dates debt was incurred _____

Last 4 digits of account number     \_\_ \_\_ \_\_ \_\_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$2,703.00

---

| Debtor | **B&W Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**Olympus Lending LLC**

**PO Box 17556**

**Salt Lake City, UT 84117**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,000.00**

---

**3.34** Nonpriority creditor's name and mailing address

**Pinnacle Surfaces**

**201 Marina Vista Dr Ste 200**

**The Colony, TX 75056**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,271.24**

---

**3.35** Nonpriority creditor's name and mailing address

**QFS Capital LLC,**

**7901 4th Street N., STE 13070**

**Saint Petersburg, FL 33702**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

**$215,725.00**

---

**3.36** Nonpriority creditor's name and mailing address

**Southern Wood Flooring & Supply**

**1037 N. Watters Rd Ste180**

**Allen, TX 75013**

Date or dates debt was incurred _____

Last 4 digits of account number  G  T  O  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$26,735.01**

---

| Debtor | **B&W Inc.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.37** Nonpriority creditor's name and mailing address
**Southwest Flooring Distributors**
406 Regal Row
Dallas, TX 75247

Date or dates debt was incurred _____
Last 4 digits of account number   5   6   1   8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Vendor**
Is the claim subject to offset?
☑ No
☐ Yes

**$29,051.84**

**3.38** Nonpriority creditor's name and mailing address
**Speedy Funding**
243 Tresser Blvd., STE 18
Stamford, CT 06901

Date or dates debt was incurred _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis for the claim: **MCA**
Is the claim subject to offset?
☑ No
☐ Yes

**$45,000.00**

**3.39** Nonpriority creditor's name and mailing address
**Stone Solutions, Inc**
13200 Center Lake Drive #100
Austin, TX 78753

Date or dates debt was incurred _____
Last 4 digits of account number   W   I   N   C

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Vendor**
Is the claim subject to offset?
☑ No
☐ Yes

**$1,318.00**

**3.40** Nonpriority creditor's name and mailing address
**Tarkett by Lexmark Carpet Mills, Inc**
285 Kraft Drive
Dalton, GA 30721

Date or dates debt was incurred _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Vendor**
Is the claim subject to offset?
☑ No
☐ Yes

**$7,707.63**

| Debtor | **B&W Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

## Part 2: Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,249.43 |
|---|---|---|---|

**The Tile Shop**

**14000 Carlson Parkway**

**Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    3  0  3  5

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,715.03 |
|---|---|---|---|

**Triton Stone Group**

**12121 N Stemmons Freeway Ste 170**

**Dallas, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,643.65 |
|---|---|---|---|

**UCX Flooring**

**111 Plymouth Strret**

**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    2  3  5  2

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,618.91 |
|---|---|---|---|

**Variant Surfaces**

**2200 Alberta Dr Ste 100**

**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **B&W Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Altus Receivables Mamagment** <br> **c/o Matthew Osgood** <br> **2121 Airline Drive, Suite 520** <br> **Metairie, LA 70002** | Line **3.13** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.2 **Altus Receivables Mamagment** <br> **c/o Matthew Osgood** <br> **2121 Airline Drive, Suite 520** <br> **Metairie, LA 70002** | Line **3.42** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.3 **Berkovitch & Bouskila, PLLC** <br> **1545 U.S. 202, Suite 101** <br> **Pomona, NY 10970** | Line **3.31** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.4 **Biehl & Biehl** <br> **325 E Fullerton Ave** <br> **Carol Stream, IL 60188** | Line **3.4** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.5 **Caine & Weiner** <br> **PO Box 55848** <br> **Sherman Oaks, CA 91413** | Line **3.7** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.6 **Ershowsky Verstandig, PLLC** <br> **290 central avenue, suite 107** <br> **Lawrence, NY 11559** | Line **3.11** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.7 **RMC** <br> **400 West Cummings Park Ste 4450** <br> **Woburn, MA 01801** | Line **3.43** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |

| Debtor | **B&W Inc.** | Case number *(if known)* _____ |
|--------|--------------|---------------------------------------|
|        | Name         |                                       |

| **Part 3:** | Additional Page |
|-------------|-----------------|

| 4.8 | **Tucker, Albin & Associates** | Line **3.12** |
|-----|-------------------------------|----------------|
|     | **1702 North Collins Blvd Suite 100** | ☐ Not listed. Explain _____ __ __ __ __ |
|     | **Richardson, TX 75080** | _____ |

| Debtor | **B&W Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$14,887.40** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$1,834,125.83** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,849,013.23** |

Fill in this information to identify the case:

Debtor name **B&W Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | 2024 Ford F250 Vin 1FT7W2BN0REF90217 | James Brede |
| | | 2 Deer Run Circle |
| | Owned and financed by James Brede. Debtor makes the monthly payment and pays for insurance. | Malakoff, TX 75148 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | 2021 Ford F150 Vin 1FTFW1E84MFA50495 | James Brede |
| | | 2 Deer Run Circle |
| | Owned and financed by James Brede. Debtor makes the monthly payment and pays for insurance. | Malakoff, TX 75148 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | 2004 Ford F150 VIN 1ftpw14574kb92889 | James Brede |
| | | 2 Deer Run Circle |
| | Owned by James Brede. Debtor pays for insurance. | Malakoff, TX 75148 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | **B&W Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | **Jason Jones** |
| | **2024 Chevy Silverado VIN 1GC4WME77RF369039** | **1504 Yarbrough Drive** |
| | **Owned and financed by Jason Jones. Debtor makes the monthly payment and pays for insurance.** | **Sherman, TX 75092** |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | **Jason Jones** |
| | **2007 Hyundai Sonata VIN 5NPEU46F27H215776** | **1504 Yarbrough Drive** |
| | **Owned by Jason Jones. Debtor pays for insurance.** | **Sherman, TX 75092** |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name    **B&W Inc.**

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**

                                                       (State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                               12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.**    **Does the debtor have any codebtors?**

     ☐   No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

     ☑   Yes

**2.**    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Brede, James** | **2 Deer Run Circle** <br> Street <br><br> **Malakoff, TX 75148** <br> City      State      ZIP Code | **Blackbridge** | ☑ D <br> ☑ E/F <br> ☐ G |
| | | **Capitalize Group LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Dynamic Equities LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Moneywell Group, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Olympus Lending LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **QFS Capital LLC,** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Speedy Funding** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **Core Funding** | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | B&W Inc. | Case number (if known) | |
|--------|----------|------|---|
| | Name | | |

<div style="background:black;width:10%"> </div> Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 | **James Brede** | **2 Deer Run Circle**<br>Street<br><br>**Malakoff, TX 75148**<br>City            State            ZIP Code | **Blackbridge** | ☐ D  ☑ E/F  ☐ G |
| | | | **Capitalize Group LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Dynamic Equities LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Moneywell Group, LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Olympus Lending LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **QFS Capital LLC,** | ☐ D  ☑ E/F  ☐ G |
| | | | **Speedy Funding** | ☐ D  ☑ E/F  ☐ G |
| | | | **Core Funding** | ☐ D  ☑ E/F  ☐ G |
| 2.3 | | Street<br><br>City            State            ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street<br><br>City            State            ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.5 | | Street<br><br>City            State            ZIP Code | | ☐ D  ☐ E/F  ☐ G |

| Debtor | **B&W Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                    **Schedule H: Codebtors**

Fill in this information to identify the case:

Debtor name **B&W Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*..............................................................................................

   | $589,701.00 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................................

   | $589,701.00 |

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $150,000.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................

   | $14,887.40 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   | +  $1,834,125.83 |

4. **Total liabilities**.................................................................................................................................

   Lines 2 + 3a + 3b

   | $1,999,013.23 |

Fill in this information to identify the case:

Debtor name _____ **B&W Inc.** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/22/2025**                    **X** **/s/ James Brede** _____
            MM/ DD/ YYYY                         Signature of individual signing on behalf of debtor

                                               **James Brede** _____
                                               Printed name

                                               **President** _____
                                               Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **B&W Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.**   **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,150,732.00** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,816,180.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,283,008.00** |

**2.**   **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor  **B&W Inc.**
      Name

Case number *(if known)* _____

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment 3.1** <br> Creditor's name <br><br> Street <br><br><br> City        State   ZIP Code | _____ _____ _____ | **See Attached** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br><br> Street <br><br><br> City        State   ZIP Code | _____ _____ _____ | _____ | _____ _____ _____ |
| **Relationship to debtor** <br><br> _____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **B&W Inc.**                                                   Case number *(if known)* _____
          Name

5.1. _____        _____        _____   _____
     Creditor's name

     _____
     Street

     _____

     _____
     City              State   ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____<br><br>XXXX– __ __ __ __ | _____ | _____ |

---

### Part 3:   Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Moneywell Group, LLC v. B&W, Inc. et al**<br><br>**Case number**<br><br>_____ | **Debt Collection**<br>_____ | **Supreme Court of the State of New York County of Monroe**<br>Name<br><br>_____<br>Street<br><br>_____<br>City       State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **3**

Debtor   **B&W Inc.**
_____ Name                                                      Case number *(if known)* _____

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name
_____

Street
_____

_____
City                  State      ZIP Code

**Case title**

_____

**Case number**

_____

**Date of order or assignment**

_____

**Court name and address**

Name
_____

Street
_____

_____
City                  State      ZIP Code

---

**Part 4:  Certain Gifts and Charitable Contributions**

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name
_____

Street
_____

_____
City                  State      ZIP Code

**Recipient's relationship to debtor**

_____

---

**Part 5:  Certain Losses**

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.** _____   _____   _____   _____

---

**Part 6:  Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 4

Debtor   **B&W Inc.**                                                    Case number *(if known)*
         Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **6/18/2025** | **$17,000.00** |
| | **Address** | | | |
| | **12770 Coit Road, Suite 850 Suite 500** | | | |
| | Street | | | |
| | **Plano, TX 75074** | | | |
| | City                State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **robert@demarcomitchell.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   **B&W Inc.**                                                                    Case number *(if known)*
_____
         Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City            State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____       From _____  To _____
Street

_____

_____
City            State    ZIP Code

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
Facility name

_____
Street

_____
City            State    ZIP Code

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

*Check all that apply:*

☐ Electronically

☐ Paper

Debtor    **B&W Inc.**    Case number *(if known)*
_____
Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City        State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor   **B&W Inc.**

Name                                                                                    Case number *(if known)*

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | | | | ☐ No |
| | | | | ☐ Yes |
| | Name | | | |
| | Street | Address | | |
| | City          State      ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | | | | ☐ No |
| | | | | ☐ Yes |
| | Name | | | |
| | Street | Address | | |
| | City          State      ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **B&W Inc.**                                                    Case number *(if known)* _____
            Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ City        State    ZIP Code | _____ | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ City        State    ZIP Code | _____ City        State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ City        State    ZIP Code | _____ City        State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page **9**

Debtor    **B&W Inc.**
_____
Name    Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1. _____    _____    EIN: __ __ – __ __ __ __ __ __ __

Name

| | | Dates business existed |
|---|---|---|

Street

From _____    To _____

_____

_____
City        State    ZIP Code

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|

26a.1. **Dana Pendergraft**    From _____    To _____
Name

**2363 Materhorn Drive**
Street

_____

**Dallas, TX 75228**
City        State    ZIP Code

| Name and address | | Dates of service |
|---|---|---|

26a.2. **Stephen Salewski**    From _____    To _____
Name

**PO Box BOX 864525**
Street

_____

**Plano, TX 75086**
City        State    ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|

26b.1. **Stephen Salewski**    From _____    To _____
Name

**PO Box BOX 864525**
Street

_____

**Plano, TX 75086**
City        State    ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **B&W Inc.**                                                                                    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **Stephen Salewski** | _____ |
| Name | _____ |
| **PO Box BOX 864525** | _____ |
| Street | |
| | |
| **Plano, TX 75086** | |
| City                    State              ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| **James Brede** | _____ |
| Name | _____ |
| **2 Deer Run Circle** | _____ |
| Street | |
| | |
| **Malakoff, TX 75148** | |
| City                    State              ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City                    State              ZIP Code |

## 27.  Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City          State        ZIP Code |

## 28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    **B&W Inc.**                                                                          Case number *(if known)*
          Name

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Brede** | **2 Deer Run Circle Malakoff, TX 75148** | **President, Shareholder** | **100.00%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ <br> To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **James Brede** <br> Name <br> **2 Deer Run Circle** <br> Street <br> **Malakoff, TX 75148** <br> City          State          ZIP Code <br> Relationship to debtor <br> **Officer & Shareholder** | **$95,999.80** | | **Salary** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Jacquetta Brede** <br> Name <br> Street <br> City          State          ZIP Code <br> Relationship to debtor <br> **Former Spouse** | **$62,955.87** | | **Salary** |

Debtor   **B&W Inc.**
     Name

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Jason Jones**<br>Name<br><br>**1504 Yarbrough Drive**<br>Street<br><br><br>**Sherman, TX 75092**<br>City     State     ZIP Code | **$95,999.80** | | **Salary** |

Relationship to debtor

**Officer & Shareholder**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/22/2025**
     MM/ DD/ YYYY

**X** **/s/ James Brede**          Printed name       **James Brede**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

| Row Labels | Sum of Debit | Sum of Credit | |
|---|---|---|---|
| ADLETA CORPORATION | 600.00 | 14,130.62 | 14,130.62 |
| Alejandro Gabriel Cruz | | 22,266.40 | 22,266.40 |
| ANTONIO HERNANDEZ | | 15,727.76 | 15,727.76 |
| BANK OF AMERICA | | 12,951.59 | 12,951.59 |
| BLACKBRIDGE CAPITAL | | 23,750.00 | 23,750.00 |
| Blue Cross Blue Shield of Texas | | 15,103.64 | 15,103.64 |
| Cade Carter | | 8,899.90 | 8,899.90 |
| CAPITALIZE GROUP/ADVANCE RECOVERY | | 21,500.00 | 21,500.00 |
| CENTURY DISTRIBUTION | | 17,315.69 | 17,315.69 |
| COMMUNITY NATIONAL BANK - CORSICANA | | 47,499.98 | 47,499.98 |
| CORE / ERSHOWSKY | | 21,000.00 | 21,000.00 |
| CORE POWER HIGHLAND VILLAGE, LLC | | 10,827.08 | 10,827.08 |
| Cruz remodeling llc | | 15,300.00 | 15,300.00 |
| Daltile | 2,994.13 | 11,202.84 | 11,202.84 |
| DANIEL CASTANEDA | | 33,463.50 | 33,463.50 |
| De Marco Mitchell, PLLC | | 10,020.00 | 10,020.00 |
| DYNAMIC EQUITIES | | 12,000.00 | 12,000.00 |
| EBF HOLDING | | 18,264.75 | 18,264.75 |
| EDUARDO ALMAGUER | | 31,990.00 | 31,990.00 |
| EMSER TILE | | 28,258.42 | 28,258.42 |
| EVEREST STONE | | 33,102.39 | 33,102.39 |
| GENARO CRUZ VAZQUEZ | | 9,716.00 | 9,716.00 |
| GLASS AMBITIONS LLC | | 20,478.92 | 20,478.92 |
| HOME DEPOT | | 17,172.52 | 17,172.52 |
| IMC The Stone Collection | | 8,235.42 | 8,235.42 |
| JESUS BELTRAN | | 12,915.13 | 12,915.13 |
| Jose Ignacio Puete Acosta | | 33,476.78 | 33,476.78 |
| Jose U Delgado | | 240,900.00 | 240,900.00 |
| Kelly Stephens. | | 8,000.00 | 8,000.00 |
| LOANSTREAM / SELECT PORTFOLIOI | | 11,438.19 | 11,438.19 |
| LOWES | - | 14,418.90 | 14,418.90 |
| M S INTERNATIONAL, INC | 1,234.94 | 35,499.19 | 35,499.19 |
| MONEYWELL GROUP BERKOVITCH | | 48,000.00 | 48,000.00 |
| PATRICIA SANTAMARIA | | 56,076.94 | 56,076.94 |
| PROSOURCE Market Center | | 10,987.59 | 10,987.59 |
| QFS Capital | | 12,000.00 | 12,000.00 |
| Regal Hardwoods | | 12,108.96 | 12,108.96 |
| RICARDO RODRIGUEZ | | 8,075.00 | 8,075.00 |
| Saul Puente Banda | | 8,187.69 | 8,187.69 |
| SOS - loan resolution | 6,000.00 | 18,207.90 | 18,207.90 |
| SOUTHWEST FLOORING DISTRIBUTORS | | 25,532.77 | 25,532.77 |
| STATE COMPTROLLER OF TEXAS | | 21,089.06 | 21,089.06 |
| STATE FARM | | 12,620.22 | 12,620.22 |
| STONE SOLUTIONS | | 12,812.01 | 12,812.01 |
| TRITON STONE GROUP | | 9,030.00 | 9,030.00 |

ATTACHMENT 3.1

| | | | |
|---|---|---|---|
| UNITED STATES TREASURY | | 18,333.76 | 18,333.76 |
| Variant Surfaces | | 35,012.40 | 35,012.40 |
| VERONA MARBLE COMPANY, INC | | 13,241.46 | 13,241.46 |
| **Grand Total** | **10,829.07** | **1,339,555.86** | 1,339,555.86 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **B&W Inc.** |
| United States Bankruptcy Court for the: **Northern District of Texas** |
| Case number (if known): |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Moneywell Group, LLC 111 Great Nock Rd, Suite 300 Great Neck, NY 11021 | | MCA | Contingent Disputed Unliquidated | | | $250,000.00 |
| 2 | QFS Capital LLC, 7901 4th Street N., STE 13070 Saint Petersburg, FL 33702 | | MCA | Contingent Disputed Unliquidated | | | $215,725.00 |
| 3 | Capitalize Group LLC 99 Wall Street New York, NY 10005 | | MCA | Contingent Disputed Unliquidated | | | $189,464.00 |
| 4 | Blackbridge 85 Broad St 17-138 New York, NY 10004 | | MCA | Contingent Disputed Unliquidated | | | $180,000.00 |
| 5 | Dynamic Equities LLC 157 Church Street – Suite 1971 New Haven, CT 06510 | | MCA | Contingent Disputed Unliquidated | | | $180,000.00 |
| 6 | Variant Surfaces 2200 Alberta Dr Ste 100 Dallas, TX 75229 | | Vendor | | | | $102,618.91 |
| 7 | Everest Stone 15565 Wright Brothers Drive Garland, TX 75041 | | Vendor | | | | $80,662.08 |
| 8 | Core Funding 11111 Santa Monica Blvd Los Angeles, CA 90025 | | MCA | Contingent Disputed Unliquidated | | | $75,000.00 |

| Debtor | **B&W Inc.** | | | Case number *(if known)* | | | |
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 9  Everest Business Funding<br>102 W. 38th St., 6th FL<br>New York, NY 10018 | | MCA | Contingent Disputed Unliquidated | | | $71,192.00 |
| 10  Speedy Funding<br>243 Tresser Blvd., STE 18<br>Stamford, CT 06901 | | MCA | Contingent Disputed Unliquidated | | | $45,000.00 |
| 11  Triton Stone Group<br>12121 N Stemmons Freeway Ste 170<br>Dallas, TX 75234 | | Vendor | | | | $41,715.03 |
| 12  Cosmos Granite Dallas<br>2244 Luna Rd Ste 100<br>Carrollton, TX 75006 | | Vendor | | | | $41,011.76 |
| 13  Dal-Tile Distribution, LLC<br>7834 C.F. Hawn Freeway<br>Dallas, TX 75217 | | Vendor | | | | $39,092.00 |
| 14  KLZ Stone<br>11129 Zodiak Lane Ste 300<br>Dallas, TX 75229 | | Vendor | | | | $34,758.64 |
| 15  Southwest Flooring Distributors<br>406 Regal Row<br>Dallas, TX 75247 | | Vendor | | | | $29,051.84 |
| 16  Southern Wood Flooring & Supply<br>1037 N. Watters Rd Ste180<br>Allen, TX 75013 | | Vendor | | | | $26,735.01 |
| 17  Olympus Lending LLC<br>PO Box 17556<br>Salt Lake City, UT 84117 | | MCA | Contingent Disputed Unliquidated | | | $23,000.00 |
| 18  M S International, Inc<br>12845 Valley Branch Lane Ste 100<br>Dallas, TX 75234 | | Vendor | | | | $22,404.25 |
| 19  Lions Floor<br>7300 Somerset Blvd<br>Paramount, CA 90723 | | Vendor | | | | $16,987.90 |
| 20  UCX Flooring<br>111 Plymouth Strret<br>Mansfield, MA 02048 | | Vendor | | | | $14,643.65 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                    CHAPTER  **11**
**B&W Inc.**

DEBTOR(S)                                                           CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **James Brede** 2 Deer Run Circle Malikoff, TX 75148 | Stock | 50% | Shareholder |
| **Jason Jones** 1504 Yarbrough Drive Sherman, TX 75092 | Stock | 50% | Shareholder |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Nonpublic Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **07/22/2025**_____          Signature: **/s/ James Brede**_____
                                                                              *James Brede, President*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **B&W Inc.**                                              CASE NO

                                                                CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**07/22/2025**___    Signature _____**/s/ James Brede**_____
                                                        James Brede, President

Acme Brick
1315 Fort Worth Drive
Denton, TX 76205

Adleta Corporation
1645 Diplomat Drive
Carrollton, TX 75006-8353

Altus Receivables
Mamagment
c/o Matthew Osgood
2121 Airline Drive, Suite 520
Metairie, LA 70002

Architectural Surfaces
11180 Zodiac Lane
Dallas, TX 75229

Arizona Tile
8829 S. Priest Dr
Tempe, AZ 85284

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

Bedrosian Tile & Stone
4460 W Shaw Ave #197
Fresno, CA 93722

Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970

Biehl & Biehl
325 E Fullerton Ave
Carol Stream, IL 60188


Blackbridge
85 Broad St 17-138
New York, NY 10004


James Brede
2 Deer Run Circle
Malakoff, TX 75148


C&C Wholesale
11048 Grissom Lane
Dallas, TX 75228


Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413


Cambria USA
805 Enterprise Drive East SuiteG
Belle Plaine, MN 56011


Capitalize Group LLC
99 Wall Street
New York, NY 10005


Century Distribution
10511 Kipp Way #435
Houston, TX 77099

Comptroller of Public
Accounts
111 E. 17th Street
Austin, TX 78774-0100


Core Funding
11111 Santa Monica Blvd
Los Angeles, CA 90025


Cosentino
11639 Emerald St Ste 400
Dallas, TX 75229-2082


Cosmos Granite Dallas
2244 Luna Rd Ste 100
Carrollton, TX 75006


Dallas County Tax-Assessor
Collector
500 Elm St Ste 3300
Dallas, TX 75202-3304


Dallas Frameless Glass
12200 N Stemmons Frwy, 307
Dallas, TX 75234


Dal-Tile Distribution, LLC
7834 C.F. Hawn Freeway
Dallas, TX 75217


Dynamic Equities LLC
157 Church Street – Suite 1971
New Haven, CT 06510

Eleganza
10618 Tanner Rd, Ste 100
Houston, TX 77041


Emser Tile
8431 Santa Monica Blvd
West Hollywood, CA 90069-4209


Ershowsky Verstandig, PLLC
290 central avenue, suite 107
Lawrence, NY 11559


Everest Business Funding
102 W. 38th St., 6th FL
New York, NY 10018


Everest Stone
15565 Wright Brothers Drive
Garland, TX 75041


Fabricators Stone Group LLC
2514 Sam Rayburn Hwy
Melissa, TX 75454


Finishes
2525 Tarpley Rd Ste 104
Carrollton, TX 75006


Floridatile
998 Governors Lane Ste 250
Lexington, KY 40513

Gallerherduffy
1741 Junction Ave,
Manteca, CA 95337


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


James Brede
2 Deer Run Circle
Malakoff, TX 75148


Jason Jones
1504 Yarbrough Drive
Sherman, TX 75092


KLZ Stone
11129 Zodiak Lane Ste 300
Dallas, TX 75229


Lions Floor
7300 Somerset Blvd
Paramount, CA 90723


LW Flooring LLC
5860 NW 39th Ave
Gainesville, FL 32606


LX Hausys
3480 Preston Ridge Rd Ste 350
Alpharetta, GA 30005

M S International, Inc
12845 Valley Branch Lane Ste 100
Dallas, TX 75234

Mohawk Industries
160 South Industrial Blvd
Calhoun, GA 30701

Moneywell Group, LLC
111 Great Nock Rd, Suite 300
Great Neck, NY 11021

N'Aqua
2515 Tarpley Rd Ste 100
Carrollton, TX 75006

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States
Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002

Olympus Lending LLC
PO Box 17556
Salt Lake City, UT 84117

Pinnacle Surfaces
201 Marina Vista Dr Ste 200
The Colony, TX 75056

QFS Capital LLC,
7901 4th Street N., STE 13070
Saint Petersburg, FL 33702

RMC
400 West Cummings Park Ste 4450
Woburn, MA 01801

Southern Wood Flooring &
Supply
1037 N. Watters Rd Ste180
Allen, TX 75013

Southwest Flooring
Distributors
406 Regal Row
Dallas, TX 75247

Speedy Funding
243 Tresser Blvd., STE 18
Stamford, CT 06901

Stone Solutions, Inc
13200 Center Lake Drive #100
Austin, TX 78753

Tarkett by Lexmark Carpet
Mills, Inc
285 Kraft Drive
Dalton, GA 30721

Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

The Tile Shop
14000 Carlson Parkway
Minneapolis, MN 55441

Triton Stone Group
12121 N Stemmons Freeway Ste 170
Dallas, TX 75234

Tucker, Albin & Associates
1702 North Collins Blvd Suite 100
Richardson, TX 75080

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange
Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business
Administration
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925


U.S. Small Business
Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705


UCX Flooring
111 Plymouth Strret
Mansfield, MA 02048


United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699


Variant Surfaces
2200 Alberta Dr Ste 100
Dallas, TX 75229